JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B/E AEROSPACE, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>SAFRAN CABIN INC, ET AL.,<br><br>         Defendants. | Case No. CV 19-1480-GW-AFMx<br><br>**ORDER DISMISSING ACTION**<br><br>Judge:   Hon. George H. Wu<br>Courtroom 9D |

1       Good cause for the relief being requested having been shown, it is:

2       **SO ORDERED**

3       This action is dismissed with prejudice.

4       Dismissal is without prejudice to any of Plaintiff's responses to any of

5  Defendants' defenses.

6       Each Party shall bear its own attorney's fees, costs, and expenses.

7

8

9  Dated:   January 8, 2024

10                            HON. GEORGE H. WU
                                  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28